IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:22-CV-2-FL

| | |
|---|---|
| KATHY JUANITA REAVES, | ) |
| Plaintiff, | ) |
| v. | ) |
| FREDDIE WILLIAMSON, individually; | ) |
| MELISSA THOMPSON, individually; | ) ORDER |
| EVERETTE TEAL, individually; | ) |
| HERMAN LOCKLEAR, individually; | ) |
| DEBBIE MCKENZIE, individually; | ) |
| PUBLIC SCHOOLS OF ROBESON | ) |
| COUNTY; PUBLIC SCHOOLS OF | ) |
| ROBESON COUNTY BOARD OF | ) |
| EDUCATION; CATHERINE TRUITT, | ) |
| PUBLIC SCHOOLS OF NORTH | ) |
| CAROLINA; NORTH CAROLINA | ) |
| DEPARTMENT OF PUBLIC | ) |
| INSTRUCTION; NORTH CAROLINA | ) |
| STATE BOARD OF EDUCATION; | ) |
| STATE OF NORTH CAROLINA; | ) |
| ANGELA FAULKNER, individually; | ) |
| AMY JOHNSON, individually; | ) |
| DEMETRIA GRISSETT, individually; | ) |
| and ATKINS TREY MICHAEL, | ) |
| individually, | ) |
| Defendants.[1] | ) |

This matter comes before the court on plaintiff's motion for attorney misconduct (DE 81), her motion for "disbursements pursuant to Title IX" (DE 82), her motion for an extension of time to file response (DE 122), and her motion for "continuance" and for injunctive relief (DE 113).

---

[1] The clerk is DIRECTED to amend the caption of this case to correct name of defendant "Trey Michael Atkins" to "Atkins Trey Michael."

For good cause shown, the court GRANTS plaintiff's motion for an extension of time to file response to the motion to dismiss (DE 122) by defendants State of North Carolina, North Carolina Department of Public Instruction, the North Carolina State Board of Education, Public Schools of North Carolina, Catherine Truitt, and Atkins Trey Michael. Plaintiff shall respond to that motion by **June 24, 2022**.

Plaintiff's remaining motions, by contrast, are without merit. Her motions for attorney misconduct and for disbursements were filed in violation of the court's February 28, 2022, order and directive therein to cease further motion filings pending framing of the pleadings (DE 45), of which plaintiff has been reminded subsequently by the court's March 17, 2022, text order. Those motions are thus susceptible to denial for that reason alone. Moreover, each motion lacks a legal basis for the relief requested. Accordingly, both motions (DE 81, 82) are DENIED.

Finally, plaintiff's motion to continue and for injunctive relief fails to demonstrate a cognizable basis for relief. That part of the motion seeking "continuance" is construed by the court to either request an extension of time to respond to the motion to dismiss (DE 103) by defendants Freddie Williamson, Melissa Thompson, Everette Teal, Herman Locklear, Debbie McKenzie, Angela Faulkner, Amy Johnson, Demetria Grissett, and Public Schools of Robeson County, or that this case "continue" — that is, that the motions to dismiss her complaint be denied. In either instance, the court DENIES that part of the motion where she has already filed a response to those defendants' motion (DE 112) and where the merits of defendants' motions to dismiss will be addressed by separate order once briefing is complete. That part of plaintiff's motion seeking a mandatory injunction to prevent indeterminate defendants from closing Townsend Middle School is without basis in law. Therefore, that part of plaintiff's motion is DENIED. In sum, plaintiff's motion for continuance and for injunction (DE 113) is DENIED.

SO ORDERED, this the 3rd day of June, 2022.

_____
LOUISE W. FLANAGAN
United States District Judge