UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| KATHY JUANITA REAVES ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | 7:22-cv-2-FL |
| FREDDIE WILLIAMSON, Individually; ) | |
| MELISSA THOMPSON, Individually; ) | |
| EVERETTE TEAL, Individually; ) | |
| HERMAN LOCKLEAR, Individually; ) | |
| DEBBIE McKENZIE, Individually; ) | |
| PUBLIC SCHOOLS OF ROBESON ) | |
| COUNTY, PUBLIC SCHOOLS OF ) | |
| ROBESON COUNTY BOARD OF ) | |
| EDUCATION, CATHERINE TRUITT, ) | |
| PUBLIC SCHOOLS OF NORTH ) | |
| CAROLINA, NORTH CAROLINA ) | |
| DEPARTMENT OF PUBLIC ) | |
| INSTRUCTION, STATE OF NORTH ) | |
| CAROLINA, ANGELA FAULKNER, ) | |
| AMY JOHNSON, Individually; ) | |
| DEMETRIA GRISSETT, Individually; ) | |
| and ATKINS TREY MICHAEL ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motions to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered November 22, 2022, and for the reasons set forth more specifically therein, defendants' motions to dismiss are GRANTED. Plaintiff's complaint is DISMISSED for failure to state a claim upon which relief can be granted.

**This Judgment Filed and Entered on November 22, 2022, and Copies To:**

Kathy Juanita Reaves (via US mail) 906 North Smith Street, Mullins, SC 29574
Daniel F. E. Smith  (via CM/ECF Notice of Electronic Filing)
Zachary Padget / Forrest P. Fallanca / Kimberly D. Potter (via CM/ECF Notice of Electronic Filing)

November 22, 2022                    PETER A. MOORE, JR., CLERK

                                       /s/ Sandra K. Collins
                                     (By) Sandra K. Collins, Deputy Clerk